UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20110-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

BAYRON BENNET, MICHAEL J. DULFO, JERREN KEITH HOWARD, EDNER ETIENNE, FAUSTO VILLAR, HUMBERTO R. DOMINGUEZ, CLEMENTA JOHNSON, VERNON GREEN, and DIORI BARNARD,

    *Defendants*.

_____/

## DEFENDANTS' THIRD UNOPPOSED MOTION TO CONTINUE CALENDAR CALL AND TRIAL DATE

    Defendants, BAYRON BENNET, MICHAEL J. DULFO, JERREN KEITH HOWARD, EDNER ETIENNE, FAUSTO VILLAR, HUMBERTO R. DOMINGUEZ, CLEMENTA JOHNSON, VERNON GREEN, and DIORI BARNARD, by and through their respective undersigned counsel, move this court for entry of an order postponing the calendar call and trial date in this cause currently scheduled for March 5, 2025, and March 10, 2025, respectively, for an additional 60 days. In support thereof Defendants state as follows:

1. This matter is currently scheduled for calendar call on March 5, 2024, with a trial date of March 10, 2024. [D.E. 82].

2. This matter involves a complicated conspiracy with two underlying conspiracies [separated by both time and by co-conspirators] involving nine codefendants and additional co-conspirator(s).  The first underlying conspiracy involved thousands of pages of discovery. This discovery effort was inevitably compounded by the addition of a superseding indictment months later to include a second underlying conspiracy.  As a result, a second wave of additional arrests produced thousands of additional pages of discovery to review and tens of thousands of results from "phone dumps" involving multiple electronic devices.

3. Counsel for Defendants have been diligent in their efforts to review discovery as provided, but acknowledge that discovery remains and continues to appear ongoing to some degree.

4. Counsel for the Government remains responsive to working around various issues concerning discovery and is making reasonable efforts to continue providing the items requested.

5. Counsel for Defendants are aware that Counsel for Government have expressed an interest in discussing and/or offering plea agreements in the near future, but with 9 codefendants, such efforts are reasonably expected to take additional time.

6.      Undersigned counsel, on behalf of Diori Barnard, has conferred with attorneys for Defendants, Attorneys Dennis Gonzalez, Jr. (counsel for Defendant Bayron Bennett), Paul Donnelly (counsel for Defendant (Michael Jose Dulfo), Kate Taylor (counsel for Defendant Jerren Keith Howard), Robyn Blake (counsel for Defendant Edner Etienne), Saam Zangeneh (counsel for Defendant Fausto Villar), Humberto Dominguez (counsel for Defendant Avery Bivins), Jordan Lewin (counsel for Clementa Johnson), and Richard Serafini (counsel for Defendant Vernon Green), who join in this motion to continue the calendar call and trial date.

7.      Undersigned further certifies that she has conferred with AUSA Abbie Waxman who does not object to Defendants' Joint Motion for Continuance for an additional 60 days.

8.      This motion is filed in absolute good faith and not made for solely dilatory purposes.

WHEREFORE, Defendants pray for the entry of an order continuing the calendar call and trial date for an additional 60 days.

Respectfully submitted,

**/s/ _Danise Ponton_**
The Law Office of Danise Ponton, P.A.
*Attorney for Diori Barnard (9)*
100 Almeria Avenue
Ste 230
Coral Gables, FL 33134
305-951-8182
Email: danise.ponton@gmail.com

| | |
|---|---|
| **/s/ _Dennis Gonzalez , Jr._**  <br>Dennis Gonzalez Jr PA  <br>*Attorney for Bayron Bennett (1)*  <br>11401 SW 40 Street  <br>Suite 204  <br>Miami, FL 33165  <br>305-209-0384  <br>Fax: 305-328-8412  <br>Email: DG@786.Law | **/s/ _Paul Joseph Donnelly_**  <br>Paul J Donnelly PA  <br>*Attorney for Michael Jose Dulfo (2)*  <br>8101 Biscayne Boulevard  <br>Suite 311  <br>Miami, FL 33138  <br>305-757-3331  <br>Fax: 305-573-9304  <br>Email: donnellylaw@bellsouth.net |
| **/s/_Kathleen Elena Handlin Taylor_**  <br>Federal Public Defender's Office  <br>*Attorney for Jerren Keith Howard (3)*  <br>150 West Flagler Street, Suite 1700  <br>Miami, FL 33130  <br>305-530-7000  <br>Fax: 536-4559  <br>Email: kate_taylor@fd.org | **/s/ _Robyn Michelle Blake_**  <br>Robyn M Blake PA  <br>*Attorney for Edner Etienne (4)*  <br>20295 NW 2nd Avenue  <br>Suite 215  <br>Miami, FL 33169  <br>305-651-5505  <br>Fax: 651-5525  <br>Email: law@robynblake.com |
| **/s/ _Saam Zangeneh_**  <br>Saam Zangeneh, P.A.  <br>*Attorney for Fausto Villar (5)*  <br>14 NE 1st Ave  <br>Suite 300  <br>Miami, FL 33132  <br>305-441-2333  <br>Fax: 305-908-8693  <br>Email: saamzangeneh@yahoo.com | **/s/_Humberto Rolando Dominguez_**  <br>Humberto R. Dominguez  <br>Humberto R. Dominguez, PA  <br>*Attorney for Avery A. Bivens (6)*  <br>9100 S. Dadeland Boulevard  <br>Suite 1500  <br>Miami, FL 33156  <br>305-373-6400  <br>Email: bert@hdominguezlaw.com |

| | |
|---|---|
| /s/ **Jordan M. Lewin** | /s/ *Richard Aldo Serafini* |
| *Attorney for Clementa Johnson (7)* | Serafini Law Office, LLC |
| 2701 Ponce De Leon Blvd. | *Attorney for Vernon Green (8)* |
| Suite 202 | 100 SE Third Avenue, Suite 2210 |
| Coral Gables, FL 33134 | Fort Lauderdale, FL 33394 |
| 305-577-8525 | 754-223-4718 |
| Fax: 305-570-2714 | Fax: 800-535-9913 |
| Email: lewinlaw@gmail.com | Email: ras@rserafinilaw.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 27th day of February 2025, furnished to all interested parties via the CM/ECF filing system.

Respectfully submitted,

BY: /s/ *Danise Ponton*

DANISE PONTON, ESQ.
ATTORNEY FOR DIORI BANARD