**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-CR-20110-GAYLES(s)**

**UNITED STATES OF AMERICA**

**v.**

**CLEMENTA JOHNSON, and**
**DIORI BARNARD,**

**Defendant.**
_______________________________________/

**GOVERNMENT'S SIXTH RESPONSE TO THE STANDING DISCOVERY ORDER**

The Government hereby files this sixth response to the Standing Discovery Order. On May 15, 2026, discovery items, Bates numbered SDO 6_000001- SDO 6_041847 are available for copy. Defense counsels should provide a hard drive of at least 1TB to the undersigned Assistant United States Attorney who will produce the above referenced items. Additionally, video footage from Coco Plum Security is available for copy and inspection. If Defense counsel would like a copy of this footage an additional 4TB hard drive is necessary. The provided discovery should be treated as confidential in accordance with the Court’s Protective Order Regulating Disclosure of Discovery and Sensitive Information, DE 41.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Abbie D. Waxman
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar. No.: 109315
99 N.E. 4th Street
Miami, FL 33132-2111

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

By: /s/ Abbie D. Waxman
Abbie D. Waxman
Assistant United States Attorney